IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-92-308-CR





MICHELLE CHARD,



 APPELLANT


vs.




THE STATE OF TEXAS,



 APPELLEE



 



FROM THE COUNTY COURT AT LAW NO. 5 OF TRAVIS COUNTY



NO. 356-035, HONORABLE WILFRED AGUILAR, JUDGE PRESIDING


 





PER CURIAM



 This is an appeal from a judgment of conviction for misdemeanor driving while
intoxicated. Punishment was assessed at confinement for 75 days and a $1,000 fine, probated.

 Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).


[Before Chief Justice Carroll, Justices Jones and Kidd]

Dismissed On Appellant's Motion

Filed: October 7, 1992

[Do Not Publish]